UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. JOSEPH ANTHONY PATTERSON                     Docket No. 5:13-CR-68-1FL

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Anthony Patterson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 4, 2013, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Joseph Anthony Patterson was released from custody on September 4, 2015, at which time the term of supervised release commenced. On July 8, 2016, a Violation Report was filed by the probation office advising the defendant tested positive for cocaine on April 28, 2016. Although Patterson denied any illegal drug use, he agreed to utilize faith based support organizations in the community and increase his frequency of drug testing. On July 11, 2016, the court agreed with the probation officer's recommendation to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 29, 2017, the defendant provided a urine sample that was submitted for laboratory analysis. On October 4, 2017, laboratory analysis revealed positive results for cocaine. On October 20, 2017, when confronted with the test results, Patterson admitted to using cocaine on approximately September 24, 2017. The defendant continues to participate in drug testing measures and agreed to report for a substance abuse evaluation, to include counseling. Additionally, as sanctions for this violation conduct, it is recommended the defendant complete 30 days of Location Monitoring with curfew, along with the participation in the DROPS Program, which shall begin at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**JOSEPH ANTHONY PATTERSON**
**Docket No. 5:13-CR-68-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: October 25, 2017 |

## ORDER OF THE COURT

Considered and ordered this  26th  day of  October , 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge