UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Anthony Patterson**  Docket No. 5:13-CR-68-1FL

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Anthony Patterson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 4, 2013, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Joseph Anthony Patterson was released from custody on September 4, 2015, at which time the term of supervised release commenced. On July 8, 2016, a Violation Report was filed by the probation office advising the defendant tested positive for cocaine on April 28, 2016. Although Patterson denied any illegal drug use, he agreed to utilize faith based support organizations in the community and increase his frequency of drug testing. On July 11, 2016, the court agreed with the probation officer's recommendation to continue supervision.

On October 25, 2017, a Petition for Action on Supervised Release was filed advising the court that the defendant tested positive for cocaine on September 29, 2017. Patterson agreed to adhere to increased drug testing measures and to report for substance abuse counseling. On October 26, 2017, the court ordered the defendant to complete 30 days of Location Monitoring with curfew, along with the participation in the DROPS Program (second use level).

On December 6, 2017, a Petition for Action on Supervised Release was filed advising the court that the defendant tested positive for cocaine on November 27, 2017, and agreed to complete a 5-day period of imprisonment via the DROPS Program. Additionally, the court was advised that Patterson had difficulty securing a stable residence to complete the 30 days of Location Monitoring, but was able to reside at a local homeless shelter. On December 6, 2017, the court agreed with the probation officer's recommendation to modify the previously imposed 30 days of Location Monitoring to a standard curfew requirement, which was successfully completed by the defendant.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since November 2017, the defendant has experienced difficulty in securing a permanent home plan. He remains in a local homeless shelter and is without personal transportation. Patterson has maintained employment; however, his income is minimal, and he has limited financial resources. After failed attempts to successfully coordinate the scheduled completion of the 5-day period of imprisonment with the Bureau of Prisons, it is respectfully recommended that Patterson participate in a cognitive behavior program in lieu of the DROPS Program sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: July 13, 2018

## ORDER OF THE COURT

Considered and ordered this 16th day of July, 2018, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge